PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 10CR00487 |
| | DOCKET NUMBER *(Rec. Court)* |
| | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| KENT DRY | NEVADA | 2 |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable Howard D. McKibben  U.S. District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 04/03/2015 | 04/02/2020 |

| OFFENSE |
|---|
| 18 U.S.C. 924(c)(a)(A) Using, Carrying or Possessing a Firearm During a Drug Trafficking Crime |

FILED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 15 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   NEVADA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   IDAHO _____ upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| July 1, 2016 | *Howard D McKibben* |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   IDAHO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 11/09/2016 | *B. Lynn Winmill* |
|---|---|
| *Effective Date* | *United States District Judge* |